UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724<br>HON. CYNTHIA M. RUFE |
| THIS DOCUMENT RELATES TO:<br><br>*County of Westchester v. Actavis Holdco US, Inc., et al.* | C.A. No. 2:21-cv-04474 |

## SUBSTITUTION OF COUNSEL FOR DEFENDANT LANNETT COMPANY, INC.

The undersigned hereby consent to the substitution of Dechert LLP for Fox Rothschild LLP as counsel of record for Defendant Lannett Company, Inc. in the above-captioned matter.

**FOX ROTHSCHILD LLP**

*Withdrawing Counsel*

*/s/ Gerald E. Arth*
Gerald E. Arth
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
garth@foxrothschild.com

*/s/ Ryan T. Becker*
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
rbecker@foxrothschild.com

*/s/ Nathan M. Buchter*
Nathan M. Buchter
FOX ROTHSCHILD LLP
2000 Market Street, 20th Floor
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
nbuchter@foxrothschild.com

Dated: January 3, 2024

**DECHERT LLP**

*Superseding Counsel*

*/s/ George Gordon*
George Gordon
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
george.gordon@dechert.com

*/s/ Julia Chapman*
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
julia.chapman@dechert.com

*/s/ Forrest Lovett*
Forrest Lovett
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2000
forrest.lovett@dechert.com

Dated: January 3, 2024